**DAVID R. HOUSTON, ESQ.**
Nevada Bar No. 2131
**LAW OFFICE OF DAVID R. HOUSTON**
A Professional Law Corporation
432 Court Street
Reno, Nevada 89501
Telephone: 775.786.4188
Facsimile: 775.786.5573
*Attorney for Defendant*

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 27 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>OSCAR OTHON ORTIZ-OBERGON,<br><br>Defendant. | Case No.  3:14-CR-00076-RCJ-WGC<br><br>Dept No. |

### SUBSTITUTION OF ATTORNEY

<u>OSCAR OTHON ORTIZ-OBERGON</u>, Defendant, hereby substitutes DAVID R. HOUSTON, ESQ., Address: 432 Court Street, Reno, NV 89501; Telephone: (775) 786 4188; as attorney of record in place and stead of <u>LAUREN D. GORMAN, ESQ.</u>

Dated this 24 day of October, 2014.                        _____
                                                              DEFENDANT

I consent to the above substitution;

Dated this 27 day of Oct, 2014.                            _____
                                                              LAUREN D. GORMAN, ESQ.

////

////

Substitution of Attorney - 1

1  I am duly admitted to practice in this district.
   Above substitution accepted.
2
3
4  Dated this 17th day of October 2014.        _____
                                                DAVID R. HOUSTON, ESQ.
5
6  Please Check one box:  X  RETAINED   ☐  APPOINTED BY COURT
7
8                                               APPROVED:
9
10 DATED: October 27, 2014                     _____
11                                              UNITED STATES ~~DISTRICT~~ COURT JUDGE
                                                                MAGISTRATE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the LAW OFFICE OF DAVID R. HOUSTON, on this date, I served the foregoing document on the party(ies) set forth below by placing an original or true copy

[ x ]   Placing an original or true copy thereof in a sealed envelope placed for collecting and mailing in the United States mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

[ ]   Personal delivery.

[ ]   Facsimile (FAX).

[ ]   Federal Express or other overnight delivery.

[ ]   Reno/Carson Messenger service.

addressed as follows:

Carla Higginbotham, Esq.
United States District Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501

DATED this __27th__ day of October, 2014.

_____
Emily A. Heavrin